In the Matter of the Petition of RALPH C. SWAN.

(Argued December 14, 1896; decided December 22, 1896.)

MOTION by Ralph C. Swan to be made a party plaintiff and respondent in an action between Robert H. Sherwood, plaintiff and respondent, and Maitland E. Graves, defendant and appellant, pending in this court on an appeal from a judgment of the General Term of the Supreme Court in the second judicial department, rendered at the December term, 1894, which affirmed a judgment in favor of plaintiff entered upon a verdict.

The motion was made upon the ground that the petitioner is interested in, and entitled to a share of, the judgment appealed from.

*Frank W. Angel* for motion.

*James W. Eaton* opposed.

Motion denied.